**EXHIBIT 1:** PHOTOGRAPH #1



**<u>EXHIBIT 1</u>:** PHOTOGRAPH #2



**EXHIBIT 1:** PHOTOGRAPH #3



**<u>EXHIBIT 1</u>:** PHOTOGRAPH #4

