**EXHIBIT 2:** INFRINGEMENT #1
URL: https://resistthemainstream.com/idaho-victims-parents-reveal-means-of-death-between-two-of-the-girls-are-not-the-same/

Image URL: https://resistthemainstream.com/wp-content/uploads/2022/12/kaylee-750x394.jpg



**EXHIBIT 2**: INFRINGEMENT #2
URL: https://resistthemainstream.com/idaho-murder-suspect-bryan-kohberger-discussed-key-details-of-the-case-in-facebook-group-online-sleuths/

Image URL: https://resistthemainstream.com/wp-content/uploads/2023/01/FotoJet-2023-01-08T031932.982-750x394.jpg



**EXHIBIT 2:** INFRINGEMENT #3
URL: https://resistthemainstream.com/lawyer-for-idaho-victims-family-details-what-surviving-roommate-told-police-after-night-of-murders/

Image URL: https://resistthemainstream.com/wp-content/uploads/2023/01/Idaho-Murders-750x394.jpg



**EXHIBIT 2:** INFRINGEMENT #4

URL: https://resistthemainstream.com/idaho-murder-suspect-neighbors-witnesses-react-to-news-grad-student-has-been-living-among-them/

Image URL: https://resistthemainstream.com/wp-content/uploads/2022/12/FotoJet-20-750x394.jpg

