# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:23-CV-2488-KKM-UAM

Plaintiff: **JAMES KEIVOM**
vs.
Defendant: **RAWW DIGITAL, LLC**



For:
CRAIG SANDERS
SANDERS LAW GROUP
333 Earle Ovington Boulevard
Suite 402
Uniondale, NY 11553

Received by Michelle Howard on the 14th day of November, 2023 at 7:22 pm to be served on **RAWW DIGITAL, LLC C/O NORTHWEST REGISTERED AGENT LLC, 7901 4TH ST. N., STE 300, ST. PETERSBURG, FL 33702**.

I, Michelle Howard, being duly sworn, depose and say that on the **16th day of November, 2023** at **10:00 am**, I:

served an **LLC, Limited Liability Company (F.S. 48.062)** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT WITH EXHIBITS, CIVIL CASE ORDER, NOTICE OF A RELATED ACTION, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** with the date and hour of service endorsed thereon by me, to: **COREY FRANK C/O NORTHWEST REGISTERED AGENT LLC** as **DESGINATED AGENT T**, at the address of: **7901 4TH ST. N., STE 300, ST. PETERSBURG, FL 33702**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: M, Race/Skin Color: CAUCASIAN, Height: 6'5, Weight: 185, Hair: BROWN, Glasses: N

If a description of the party served is provided, please note all information provided is approximate. F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server or authorized to serve process in the judicial circuit, county, or state where service was effectuated. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing affidavit/proof of service and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) (Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Out of State/Foreign Process in accordance with F.S. 48.194 by any person authorized to server process in the state where the person or entity is served) Notary Required.

The foregoing instrument was acknowledged before me by means of _X_ physical presence or ____ online notarization on 11/16/23 by: MICHELLE HOWARD_____ who is
_X_ personally known to me, or produced _____ as identification

NOTARY PUBLIC

HECTOR RAMOS REYES
Notary Public - State of Florida
Commission # HH 233497
My Comm. Expires Feb 27, 2026
Bonded through National Notary Assn.

Michelle Howard
APS 28364 / CPS 20-705384

Gotcha Legal Services*
P.O. Box 840324
Pembroke Pines, FL 33084
(954) 274-1337

Our Job Serial Number: CIZ-2023021098



Case 8:23-cv-02488-KKM-UAM   Document 4   Filed 11/13/23   Page 1 of 2 PageID 624

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## MIDDLE DISTRICT OF FLORIDA

DATE: 11/16/23
TIME: 10:00am
SERVER: MH28364
ID#:

James Keivom,
                Plaintiff(s)

v.

Civil Action No. 8:23-cv-2488-KKM-UAM

Raww Digital, LLC,
                Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Raww Digital, LLC
c/o Northwest Registered Agent LLC
7901 4th St N
STE 300
St. Petersburg, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
**CRAIG B. SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 13, 2023

EstrellaMelians
*Signature of Clerk or Deputy Clerk*

GOTCHA LEGAL SERVICES, INC.
P.O. BOX 840324
PEMBROKE PINES, FL 33084
954-270-4597 • FAX 954-964-4734
www.gotchalegalservices.com