IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

James Keivom,

        Plaintiff,

v.

Raww Digital, LLC,

        Defendant.

Case No.: 8:23-cv-2488-KKM-UAM

## APPEARANCE OF COUNSEL

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as lead counsel for the Plaintiff James Keivom.

Dated: November 27, 2023

        **SANDERS LAW GROUP**

        By: */s/ Joshua D. Vera*
        Joshua D. Vera, Esq.
        Florida Bar No. 1047709
        333 Earle Ovington Blvd, Suite 402
        Uniondale, NY 11553
        Tel: (516) 203-7600
        Email: jvera@sanderslaw.group
        *Attorneys for Plaintiff*