IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-02488

James Keivom,

    Plaintiff,

v.

Raww Digital, LLC,

    Defendant.

_____/

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, Raww Digital, LLC ("Defendant"), by and through undersigned counsel, hereby discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    *Defendant discloses the following persons / entities:*

    a. **Raww Digital, LLC (Defendant)**
        a. **Rumen Naumovski – 100% Owner**
    b. **Heitner Legal, P.L.L.C. (Attorney for Defendant)**
    c. **Plaintiff and Plaintiff's counsel, as set forth on the ECF docket**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    *Defendant discloses the following persons / entities:*

    **None/Unknown**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

*Defendant discloses the following persons / entities:*

**None/Unknown**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution

   *Defendant discloses the following persons / entities:*

   **Aside from Plaintiff based on the relief requested in the Complaint, None**

*I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.*

February 5, 2024                                    Respectfully submitted.

**HEITNER LEGAL, P.L.L.C**
*Attorney for Plaintiff*
215 Hendricks Isle
Fort Lauderdale, FL 33301
Phone: 954-558-6999
Fax: 954-927-3333

By:
DARREN A. HEITNER
Florida Bar No.: 85956
Darren@heitnerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

By: _/s/ Darren A. Heitner_
DARREN A. HEITNER