IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES KEIVOM,

    Plaintiff,

v.

    Case No.: 8:23-cv-02488-KKM-NHA

RAWW DIGITAL, LLC,

    Defendant.

**STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Plaintiff James Keivom ("*Plaintiff*") and defendant Raww Digital, LLC ("*Defendant*") submit the following joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

**WHEREAS**, the parties have a reached a resolution of all claims asserted in the instant action;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

1

DATED: March 26, 2024

| **HEITNER LEGAL, P.L.L.C.** | **SANDERS LAW GROUP** |
|---|---|
| By: */s/ Darren A. Heitner*<br>Darren A. Heitner, Esq.<br>Florida Bar No. 85956<br>215 Hendricks Isle<br>Fort Lauderdale, FL 33301<br>Tel: (954) 558-6999<br>Email: Darren@HeitnerLegal.com | By: */s/ Joshua D. Vera*<br>Joshua D. Vera, Esq.<br>Florida Bar No. 0985686<br>333 Earle Ovington Blvd, Suite 402<br>Uniondale, NY 11553<br>Tel: (516) 203-7600<br>Email: jvera@sanderslaw.group |
| *Counsel for Defendant*<br>*Raww Digital, LLC* | *Counsel for Plaintiff*<br>*James Keivom* |